JAMES ATTRIDGE (SBN 124003)
1390 Market Street, Suite 1240
San Francisco, California 94102-5402
Telephone:     (415) 552-3088
Facsimile:      (415) 522-0513
jattridge@www.attridgelaw.com

OF COUNSEL:

MARC S. BLUBAUGH (Ohio Bar No. 0068221)
J. ALLEN JONES, III (Ohio Bar No. 0072397)
Benesch, Friedlander, Coplan & Aronoff LLP
88 East Broad Street, Suite 900
Columbus, Ohio 43215-3506
Telephone:     (614) 223-9300
Facsimile:      (614) 223-9330
mblubaugh@bfca.com
ajones@bfca.com

Admitted *Pro Hac Vice*

Attorneys for Plaintiff
**KINDRED REHAB SERVICES, INC. D/B/A PEOPLE*FIRST* REHABILITATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINDRED REHAB SERVICES, INC. D/B/A PEOPLE*FIRST* REHABILITATION, a Delaware corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>M & H HEALTHCARE MANAGEMENT GROUP, INC. D/B/A CANAAN HEALTHCARE CENTER, a California corporation,<br><br>              Defendant. | CASE NO.: 3:06-cv-03567-MHP<br><br>JUDGE MARILYN H. PATEL<br><br><br><br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

1    Pursuant to Fed. Civ. R. 41(a)(1)(i), please take notice that Plaintiff Kindred Rehab
2    Services, Inc. d/b/a People*first* Rehabilitation hereby dismisses its Complaint against Defendant
3    M & H Healthcare Management Group, Inc. d/b/a Canaan Healthcare Center, without prejudice.

Respectfully submitted,

\s\   J. Allen Jones, III
MARC S. BLUBAUGH (Ohio Bar No. 0068221)
J. ALLEN JONES, III (Ohio Bar No. 0072397)
Benesch, Friedlander, Coplan & Aronoff LLP
88 East Broad Street, Suite 900
Columbus, Ohio 43215-3506
Telephone:    (614) 223-9300
Facsimile:    (614) 223-9330
mblubaugh@bfca.com
ajones@bfca.com

Admitted *Pro Hac Vice*

Attorneys for Plaintiff
**KINDRED REHAB SERVICES, INC. D/B/A PEOPLE*FIRST* REHABILITATION**

JAMES ATTRIDGE
  (SBN 124003)
1390 Market Street, Suite 1240
San Francisco, California 94102-5402
Telephone:    (415) 552-3088
Facsimile:    (415) 522-0513
jattridge@www.attridgelaw.com

Attorneys for Plaintiff
**KINDRED REHAB SERVICES, INC. D/B/A PEOPLE*FIRST* REHABILITATION**

11/8/2006

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

NOTICE OF DISMISSAL WITHOUT PREJUDICE